NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jeffrey B. Valle (CA BAR NO. 110060)
Julie J. Roback (CA BAR NO. 175528)
Valle Makoff LLP
11911 San Vicente Blvd., Suite 324
Los Angeles, CA 90049
Phone:(310)476-0300 Fax:(310)476-0333
ATTORNEYS FOR: Plaintiff, Taras Volgemut

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Taras Volgemut

    v.    Plaintiff(s),

Dieter Abt

    Defendant(s)

CASE NUMBER:

CV12-06678 JL4

## CERTIFICATION AND NOTICE
## OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, Taras Volgemut (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| Taras Volgemut | Plaintiff |
| Dieter Abt | Defendant |
| MainStream Media Solutions Gmbh | Company with which Plaintiff Taras Volgemut is associated |
| DPA Holdings, LLC | Company with which Defendant Dieter Abt is associated |
| Meteor Worldwide, LLC | Company with which Defendant Dieter Abt is associated |

(List the names of all such parties and identify their connection and interest.)

August 2, 2012
Date

Sign *(signature)*

Julie J. Roback, Attorney for Plaintiff
Attorney of record for or party appearing in pro per