| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JEFFREY B. VALLE, ESQ., Bar #110060<br>VALLE MAKOFF, LLP<br>11911 SAN VICENTE BLVD.<br>SUITE 324<br>LOS ANGELES, CA 90049<br>*Telephone No:* 310-476-0300   *FAX No:* 310-476-0333 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* TARAS VOLGEMUT, AN INDIVIDUAL
*Defendant:* DIETER P. ABT, AN INDIVIDUAL

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-06678 JCG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (FOR USE IN MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT CASES ONLY).

3. a. Party served:       DIETER P. ABT, AN INDIVIDUAL
   b. Person served:      PARTY IN ITEM 3A, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   5700 WILSHIRE BLVD.
                                          SUITE 560
                                          LOS ANGELES, CA 90036

5. I served the party:
   b. **by substituted service.** On: Mon., Sep. 10, 2012 at: 4:50PM by leaving the copies with or in the presence of:
   "JOHN DOE", PERSON IN CHARGE, Caucasian, Male, 35 Years Old, Black Hair, Brown Eyes, 6 Feet, 180 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MUSTAFA ISA                                           d. *The Fee for Service was:*

   First Legal
   1511 West Beverly Blvd.                                  e. I am: Not a Registered California Process Server
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Sep. 11, 2012

                                                                           (MUSTAFA ISA)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | (MUSTAFA ISA)   5335187   jefva.475636 |

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JEFFREY B. VALLE, ESQ., Bar #110060<br>VALLE MAKOFF, LLP<br>11911 SAN VICENTE BLVD.<br>SUITE 324<br>LOS ANGELES, CA 90049<br>Telephone No: 310-476-0300    FAX No: 310-476-0333 | |
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: TARAS VOLGEMUT, AN INDIVIDUAL
Defendant: DIETER P. ABT, AN INDIVIDUAL

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-06678 JCG |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (FOR USE IN MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT CASES ONLY).

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Tue., Sep. 11, 2012
   b. Place of Mailing:          LOS ANGELES, CA 90026
   c. Addressed as follows:      DIETER P. ABT, AN INDIVIDUAL
                                 5700 WILSHIRE BLVD.
                                 SUITE 560
                                 LOS ANGELES, CA 90036

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Sep. 11, 2012 in the ordinary course of business.

5. Person Serving:                                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                                  d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                    e. I am: Not a Registered California Process Server
      1511 W. BEVERLY BLVD
      LOS ANGELES, CA 90026
   c. 213-250-9111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Sep. 11, 2012

                                                                        (Thomas Tilcock)

Judicial Council Form                    PROOF OF SERVICE                      5335187    jefva.475636
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail