| Attorney or Party without Attorney:<br>JEFFREY B. VALLE, ESQ., Bar #110060<br>VALLE MAKOFF, LLP<br>11911 SAN VICENTE BLVD.<br>SUITE 324<br>LOS ANGELES, CA 90049<br>Telephone No: 310-476-0300     FAX No: 310-476-0333 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | |
| Plaintiff: TARAS VOLGEMUT, AN INDIVIDUAL<br>Defendant: DIETER P. ABT, AN INDIVIDUAL | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-06678 JCG |
|---|---|---|---|---|

1. I, MUSTAFA ISA, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DIETER P. ABT, AN INDIVIDUAL as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (FOR USE IN MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT CASES ONLY)..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 09/06/12 | 12:30pm | Business | SUBJECT IS NOT IN PER RECEPTIONIST. Attempt made by: MUSTAFA ISA. Attempt at: 5700 WILSHIRE BLVD. SUITE 560 LOS ANGELES CA 90036. |
| Fri | 09/07/12 | 4:00pm | Business | PER RECEPTIONIST, SUBJECT NOT IN. Attempt made by: MUSTAFA ISA. Attempt at: 5700 WILSHIRE BLVD. SUITE 560 LOS ANGELES CA 90036. |
| Mon | 09/10/12 | 4:50pm | Business | Substituted Service on: DIETER P. ABT, AN INDIVIDUAL Business - 5700 WILSHIRE BLVD. SUITE 560 LOS ANGELES, CA 90036 by Serving: PARTY IN ITEM 3A, SERVED UNDER F.R.C.P. RULE 4 a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: "JOHN DOE", PERSON IN CHARGE, Caucasian, Male, 35 Years Old, Black Hair, Brown Eyes, 6 Feet, 180 Pounds. Served by: MUSTAFA ISA |
| Tue | 09/11/12 | | | Mailed copy of Documents to: DIETER P. ABT, AN INDIVIDUAL |

3. Person Executing
   a. MUSTAFA ISA
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Sep. 11, 2012

AFFIDAVIT OF REASONABLE DILIGENCE (MUSTAFA ISA)

5335187.valma.475636

| Attorney or Party without Attorney: <br> JEFFREY B. VALLE, ESQ., Bar #110060 <br> VALLE MAKOFF, LLP <br> 11911 SAN VICENTE BLVD. <br> SUITE 324 <br> LOS ANGELES, CA 90049 <br> Telephone No: 310-476-0300    FAX No: 310-476-0333 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | |
| Plaintiff: TARAS VOLGEMUT, AN INDIVIDUAL <br> Defendant: DIETER P. ABT, AN INDIVIDUAL | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV12-06678 JCG |
|---|---|---|---|---|

1. I, DANIEL REYNOLDS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DIETER P. ABT, AN INDIVIDUAL as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (FOR USE IN MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT CASES ONLY)..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 08/29/12 | 8:35pm | Home | ADDRESS IN A GATED HOME. NO ANSWER OVER INTERCOM. HARD TO SEE HOME, CAN SEE A VEHICLE BUT CAN NOT MAKE OUT MODEL. NO ACTIVITY SEEN OR HEARD. Attempt made by: DANIEL REYNOLDS. Attempt at: 1700 CARLA RIDGE BEVERLY HILLS CA 90210. |
| Sun | 09/02/12 | 11:30am | Home | GATE LOCKED, NO ANSWER OVER INTERCOM. NO ACTIVITY SEEN OR HEARD INSIDE. Attempt made by: DANIEL REYNOLDS. Attempt at: 1700 CARLA RIDGE BEVERLY HILLS CA 90210. |
| Thu | 09/06/12 | 8:00am | Home | GATE REMAINS LOCKED, STILL NO ANSWER OVER INTERCOM. PORSCHE AND MASERATI ON PROPERTY. COULD NOT SEE ANYONE AROUND AND NEIGHBORS WERE NO HELP. Attempt made by: DANIEL REYNOLDS. Attempt at: 1700 CARLA RIDGE BEVERLY HILLS CA 90210. |
| Thu | 09/06/12 | 12:00pm | Home | Returned Not Served on: DIETER P. ABT, AN INDIVIDUAL Home - 1700 CARLA RIDGE BEVERLY HILLS, CA 90210 |

3. Person Executing
   a. DANIEL REYNOLDS
      1511 West Beverly Blvd.
      Los Angeles, CA 90026
      Telephone  (213) 250-9111
      Fax        (213) 250-1197
      www.firstlegalnetwork.com

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. The Fee for service was:
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:  2195
       (iii) County:            Orange

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Tue, Sep. 11, 2012          AFFIDAVIT OF REASONABLE DILIGENCE     (DANIEL REYNOLDS)  5335187.valma.473170