VALLE MAKOFF LLP
Jeffrey B. Valle (CA Bar No. 110060)
  jvalle@vallemakoff.com
JULIE J. ROBACK (Bar No. 175528)
  jroback@vallemakoff.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile:  (310) 476-0333

Attorneys for Plaintiff
Taras Volgemut

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Taras Volgemut, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>Dieter P. Abt, an individual,<br><br>      Defendant. | Case No. 2:12-cv-06678-JCG<br><br>TARAS VOLGEMUT'S AMENDED REQUEST FOR DEFAULT JUDGMENT BY CLERK |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Taras Volgemut has requested pursuant to Federal Rules of Civil Procedure 55(a) that the Clerk of the above-entitled Court enter default in this matter against defendant Dieter P. Abt on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Dieter P. Abt on September 10, 2012, via substitute service, evidenced by the proof of service of summons on file with this Court [Docket # 5]. The above stated facts are set forth in the accompanying declaration of Julie J. Roback, filed herewith. Default was entered on October 26, 2012.

Plaintiff Taras Volgemut hereby requests a default judgment by Clerk be entered against defendant Dieter P. Abt pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure based on the following:

1. <u>Entry of clerk's default</u>: An entry of default based on Defendant's failure to respond or appear has been entered by the Clerk in this matter.

2. <u>Proof required for clerk's default judgment</u>: The declaration of Julie J. Roback filed herewith pursuant to the Central District Local Rule 55-1, establishes proof of:

(a) a sum that can be made certain by calculation is due and owing plaintiff Taras Volgemut by said defendant Dieter P. Abt (calculation of the 9% interest as of today's date on the principal loan of $1,000,000.00 is set forth in detail in the declaration of Julie J. Roback);

(b) pursuant to a contract claim (the Loan Agreement entered into by Plaintiff and Defendant is attached to the declaration of Julie J. Roback as Exhibit A);

(c) that defendant is not in military service and is neither a minor nor an incompetent person; and

(d) costs properly awardable by clerk (see invoices for cost of court filing fee and cost of service of process attached as Exhibit B to the Declaration of Julie J. Roback filed concurrently herewith).

3. <u>Judgment to be entered.</u>

Damages of $1,000,000 loaned to Defendant pursuant to Loan Agreement;

Prejudgment interest authorized by Loan Agreement at 9 percent per annum amounting to $79,743.76 as of October 29, 2012 (details of calculation set forth in Proposed Default Judgment and Declaration of Julie J. Roback filed concurrently herewith);

Attorneys fees pursuant to Central District Local Rule 55-3 in the amount of $23,600 ($5600 plus 2% of amount in excess of $100,000 (i.e. $900,000.));

Costs (as set forth in the Declaration of Julie J. Roback) of $503.86.

Dated: October 29, 2012                    VALLE MAKOFF LLP

                                           By:  /s/ Jeffrey B. Valle
                                                Jeffrey B. Valle
                                                Attorneys for Plaintiff
                                                Taras Volgemut