1   VALLE MAKOFF LLP
    Jeffrey B. Valle (CA Bar No. 110060)
2     jvalle@vallemakoff.com
    JULIE J. ROBACK (Bar No. 175528)
3     jroback@vallemakoff.com
    11911 San Vicente Blvd., Suite 324
4   Los Angeles, California 90049
    Telephone: (310) 476-0300
5   Facsimile:  (310) 476-0333

6
    Attorneys for Plaintiff
7   Taras Volgemut

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12  Taras Volgemut, an individual,          Case No. 2:12-cv-06678-JCG

13            Plaintiff,                     [PROPOSED] DEFAULT JUDGMENT
                                             BY CLERK
14       v.

15
    Dieter P. Abt, an individual,
16
              Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

                    [PROPOSED] DEFAULT JUDGMENT BY CLERK

Pursuant to Federal Rules of Civil Procedure 55(a) the Clerk of the above-entitled Court entered a default in this matter against defendant Dieter P. Abt on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff Taras Volgemut has requested a default judgment by Clerk against defendant Dieter P. Abt pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

After full consideration of all matters submitted in connection with the request for default judgment by clerk, the following Default Judgment by Clerk is so entered:

1. Defendant to pay Plaintiff damages of $1,000,000.00 loaned to Defendant pursuant to Loan Agreement;

2. Defendant to pay Plaintiff prejudgment interest authorized by Loan Agreement at 9 percent per annum calculated as follows:

a. Nine percent interest on the first installment on the loan ($200,000) loaned on December 5, 2011, seven days before the remaining money was loaned, amounts to $345.21 (calculated as follows: 9% of $200,000 equals $18,000 divided by 365 days equals $49.32 of interest per day multiplied by 7 days equals **$345.21**), added to

b. Nine percent interest on the full $1,000,000.00 from December 12, 2011 through today's date (October 29, 2012) amounts to $79,398.76 (calculated as follows: 9% of $1,000,000 equals $90,000 divided by 365 days equals $246.58 per day multiplied by 322 days equals **$79,398.76**);

c. Thus, as of October 29, 2012, $79,398.76 plus the $345.21, totaling **$79,743.97** is owed in interest to Plaintiff.

3.  Defendant to reimburse Plaintiff his attorneys fees pursuant to Central District Local Rule 55-3 in the amount of $23,600 ($5600 plus 2% of amount in excess of $100,000 (i.e. $900,000.));

4.  Defendant to reimburse Plaintiff his costs pursuant to Central District Local Rule 54-3 of $503.86 (bill of costs is contained in declaration of Julie J. Roback).

DATED: _____

_____

Clerk for the United States District Court Judge

[PROPOSED] DEFAULT JUDGMENT BY CLERK