E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6678-JCG | Date | December 6, 2012 |
|---|---|---|---|
| Title | TARAS VOLGEMUT vs. DIETER P. ABT | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:** **(IN CHAMBERS) ORDER OF THE CHIEF JUDGE**

   This matter was originally assigned directly to Magistrate Judge Jay C. Gandhi, and assigned case number CV 12-6678-JCG. While plaintiff consented to Judge Gandhi, defendant did not appear and did not consent to Judge Gandhi. Instead, defendant defaulted. The clerk entered default on October 26, 2012, and entered Default Judgment by Clerk on November 7, 2012.

   Based on the foregoing, we now vacate the direct assignment to Judge Gandhi and deem this matter re-assigned to us as a Chief Judge matter. The clerk is directed to change the case number to CV 12-6678-GHK. We have now conducted a *de novo* review of the entire record, and re-affirm the Default Judgment by Clerk. Thus, the Default Judgment by Clerk entered on November 7, 2012 shall **STAND**.

   **IT IS SO ORDERED.**


**cc: Judge Jay C. Gandhi**


|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |