# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Taras Volgemut

PLAINTIFF(S),

v.

Dieter P Abt

DEFENDANT(S).

CASE NUMBER

CV 12-06678 GHK

**NOTICE OF REASSIGNMENT OF CASE**

To: ALL COUNSEL APPEARING OF RECORD

☑ Pursuant to APPLICATION for Judgment Debtor Exam filed 05/01/2013

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been assigned to the calendar of Magistrate Judge Michael R. Wilner for:

☐ all further proceedings;
☑ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 05-07.
☐ other: _____

On all documents subsequently filed in this case, please substitute the initials __MRWx__ after the case number in place of the initials of the prior judge so that the case number will read: __CV 12-06678 GHK(MRWx)__. This is very important because documents are routed to the assigned judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

Traditionally filed subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

Clerk, U.S. District Court

Date 05/02/2013

By Robert R. Nadres
Deputy Clerk

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

G-41 (03/12)          NOTICE OF REASSIGNMENT OF CASE