ADAM D.H. GRANT (State Bar No. 153271)
　agrant@alpertbarr.com
MICHELLE E. GOODMAN (State Bar No. 238429)
　mgoodman@alpertbarr.com
ALPERT, BARR & GRANT
A Professional Law Corporation
6345 Balboa Boulevard, Suite I-300
Encino, California  91316-1523
Telephone:   (818) 881-5000
Facsimile:    (818) 881-1150

Attorneys for Defendant,
DIETER P. ABT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TARAS VOLGEMUT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIETER P. ABT, an individual,<br><br>　　　　Defendant. | Case No. 2:12-cv-6678-GHK(MRWx)<br><br>**STIPULATION TO TAKE JUDGMENT DEBTOR EXAMINATION OF DIETER P. ABT OFF CALENDAR**<br><br>Examination Date:　July 10, 2013<br>Time:　9:30 a.m.<br>Place:　Spring Street Courthouse<br><br>Complaint Filed:　August 2, 2012<br>Judgment Entered:　November 7, 2012 |

　　　　On May 3, 2013, the Court entered an Order for Defendant/Judgment Debtor Dieter P. Abt ("Abt") to Appear for Examination Re:  Enforcement of Judgment (Dkt. #17).  The judgment debtor examination is scheduled to take place on July 10, 2013.  However, since entry of the Order, Abt has retained counsel, and all parties and their counsel are in the process of negotiating a resolution of the above-entitled action.

　　　　As a result of the foregoing, Plaintiff/Judgment Creditor Taras Volgemut ("Volgemut") hereby enters into this stipulation with Abt, by and through their respective counsel, to take the judgment debtor examination of Abt off calendar.

The parties request that the Court take the judgment debtor examination off calendar and issue an Order vacating the date for the examination and confirming that no party (or counsel) is required to appear before the Court.

There exists good cause for taking the judgment debtor examination of Abt off calendar. As discussed above, all parties and their counsel are in the process of negotiating a resolution of the above-entitled action. Taking the examination off calendar will promote efficiency and judicial economy, and reduce attorneys' fees and costs.

Respectfully submitted.

DATED: July 3, 2013                ALPERT, BARR & GRANT
                                   A Professional Law Corporation


                                   By:    /s/
                                      ADAM D.H. GRANT
                                      MICHELLE E. GOODMAN
                                      Attorneys for Defendant
                                      DIETER P. ABT


DATED: July 3, 2013                VALLE MAKOFF LLP


                                   By:    /s/
                                      JEFFREY B. VALLE
                                      JULIE J. ROBACK
                                      Attorneys for Plaintiff
                                      TARAS VOLGEMUT