UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TARAS VOLGEMUT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DIETER P. ABT, an individual,<br><br>    Defendant. | Case No. 2:12-cv-6678-GHK(MRWx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TAKE JUDGMENT DEBTOR EXAMINATION OF DIETER P. ABT OFF CALENDAR**<br><br>Examination Date: July 10, 2013<br>Time: 9:30 a.m.<br>Place: Spring Street Courthouse<br><br>Complaint Filed: August 2, 2012<br>Judgment Entered: November 7, 2012 |

Pursuant to the Stipulation between Plaintiff/Judgment Creditor Taras Volgemut ("Volgemut") and Defendant/Judgment Debtor Dieter P. Abt ("Abt") to Take Judgment Debtor Examination of Dieter P. Abt off Calendar (Dkt. #18), this Court finds that there is good cause in favor of taking the judgment debtor examination of Abt off calendar.

Therefore, IT IS HEREBY ORDERED that:

- The judgment debtor examination of Abt is taken off calendar and will not go forward on its previously scheduled date, July 10, 2013.
- No party, nor counsel is required to appear before the Court on July 10,

2013.

- The Order to Appear for Examination Re: Enforcement of Judgment (Dkt. #17) is vacated.

IT IS SO ORDERED.

DATED: July 5, 2013

_____
Honorable Michael R. Wilner
United States Magistrate Judge

F:\WPDOCS\4219\000\Pleadings\Proposed Order Granting Stip.docx

-2-

[PROPOSED] ORDER GRANTING STIPULATION RE: JUDGMENT DEBTOR EXAMINATION