**FILED: 7/31/13**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TARAS VOLGEMUT, an individual, | Case No. 2:12-cv-6678-GHK(MRWx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO VACATE DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| DIETER P. ABT, an individual, | |
| Defendant. | Complaint Filed: August 2, 2012<br>Judgment Entered: November 7, 2012 |

Pursuant to the Stipulation between Plaintiff/Judgment Creditor Taras Volgemut ("Plaintiff") and Defendant/Judgment Debtor Dieter P. Abt ("Defendant") to Vacate Default Judgment By Clerk (Dkt. #20), this Court finds that there is good cause in favor of vacating the default judgment entered against Defendant on November 7, 2012 (Dkt. #11) (the "Default Judgment").

///

///

///

///

1  Therefore, the Court hereby ORDERS that the Default Judgment against
2  Defendant is vacated.
3  IT IS SO ORDERED.

5  DATED: July 29, 2013

_____
Honorable George H. King
Chief Judge of the United States District Court