1   JULIE J. ROBACK (State Bar No. 175528)
       JRoback@ValleMakoff.com
2   VALLE MAKOFF LLP
    11911 San Vicente Boulevard, Suite 324
3   Los Angeles, California  90049
    PHONE:  (310) 476-0300
4   FAX:  (310) 476-0333

5   Attorneys for Plaintiff,
    TARAS VOLGEMUT

6

7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  TARAS VOLGEMUT, an individual,        Case No. 2:12-cv-6678-GHK(MRWx)

12            Plaintiff,                   **STIPULATION FOR DISMISSAL
                                           OF ACTION WITH PREJUDICE**
13       vs.

14  DIETER P. ABT, an individual,         Complaint Filed:      August 2, 2012

15            Defendant.

16  _____

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for plaintiff TARAS VOLGEMUT ("Plaintiff") and defendant DIETER ABT ("Defendant"), and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiff's Complaint filed on August 2, 2012 in the above-entitled action and all claims for relief set forth therein are hereby dismissed with prejudice, with all parties to bear their respective costs.

Respectfully submitted.


DATED: August 1, 2013          ALPERT, BARR & GRANT
                               A Professional Law Corporation



                               By:  _____/s/_____
                                    ADAM D.H. GRANT
                                    MICHELLE E. GOODMAN
                                    Attorneys for Defendant
                                    DIETER P. ABT


DATED: August 1, 2013          VALLE MAKOFF LLP



                               By:  _____/s/_____
                                    JEFFREY B. VALLE
                                    JULIE J. ROBACK
                                    Attorneys for Plaintiff
                                    TARAS VOLGEMUT

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**